IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HK CAPITAL LLC,  ASHFORD CREEKWOOD LP,<br>　　　　　*Plaintiffs,*<br><br>v.<br><br>THIRD COAST INSURANCE COMPANY,  STRATA CLAIMS MANAGEMENT, LLC,<br>　　　　　*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **A-23-CV-00760-ADA** |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Mark Lane. ECF No. 13. The report recommends Plaintiffs' Motion to Remand (ECF No. 6) be **DENIED**. Further, the report recommends that Defendant Strata Claims Management be **DISMISSED WITHOUT PREJUDICE**. The report and recommendation was filed on January 18, 2024.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Lane (ECF No. 13) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Remand (ECF No. 6) is **DENIED** and Strata Claims Management is **DISMISSED WITHOUT PREJUDICE.**

**SIGNED** this 18th day of February, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE